# Court of Appeals
# of the State of Georgia

ATLANTA, July 09, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0149. ANTWANETTE HILL v. THE STATE.**

Upon consideeration of Appellant's "Emergency Motion to Stay Proceedings Pending Appeal and Resolution of Motion to Vacate Void Judgments," the motion is hereby DENIED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, 07/09/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.